| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Miguel Cervantes-Calderon**<br>DOB: xx-xx-1987; Mexico Citizen; A# 095-322-376 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**09-06272M** |
| Complaint for violation of Title 8 | United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), 1325, 18 USC §2 |

FILED / LODGED / RECEIVED / COPY
JUN 15 2009
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about June 14, 2009, at or near Green Valley, in the District of Arizona, **Miguel Cervantes-Calderon**, knowing and in reckless disregard of the fact that illegal aliens, including Alejandro Perez-Estrada and Eloy Perez-Estrada, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 2:** On or about June 14, 2009, at or near Green Valley, in the District of Arizona, Miguel Cervantes-Calderon did unlawfully aid and abet illegal aliens, Alejandro Perez-Estrada and Eloy Perez-Estrada, to elude examination and inspection by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325 and Title 18, United States Code, Section 2.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 14, 2009, at or near Green Valley, Arizona, a Border Patrol Agent responded to a report of a maroon sedan that was spotted by the Ground Surveillance Radar picking people up in the desert. The agent followed the vehicle to Whitehouse Canyon Road in Green Valley, Arizona, where the vehicle pulled over and five individuals ran from the car. After a foot pursuit, the five individuals were apprehended. Upon returning to the Service Vehicles, the maroon sedan returned to the scene. The sedan was stopped by agents and the driver, **Miguel Cervantes-Calderon,** was identified by two agents to be the same driver of the maroon sedan spotted by the G.S.R. The five subjects admitted that they were not citizens or nationals of the United States and that they did not have permission to be in the United States legally. Material witnesses Alejandro Perez-Estrada and Eloy Perez-Estrada were in the vehicle. The material witnesses stated that their group crossed into the United States by walking through the desert rather than through a Port of Entry. They were led to an area of the desert where they were picked up by the defendant. Both material witnesses identified the defendant as the driver. The material witnesses were going to pay $2000 to be smuggled into the United States and transported to their final destination.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Alejandro Perez-Estrada and Eloy Perez-Estrada

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA SMT | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE<br>Senior Agent, US Border Patrol |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 15, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54