DIANE J. HUMETEWA
United States Attorney
District of Arizona
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300



FILED ___ LODGED
RECEIVED ___ COPY

JUN 18 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **09-06272M** |
| v. | PLEA AGREEMENT |
| Miguel Cervantes-Calderon, | (Flip-Flop) |
| Defendant. | **Fast Track 5K3.1** |

The parties enter into the following agreement:

1. Defendant will enter a plea to Count 2 of the complaint, Aiding and Abetting an Alien to Elude Examination and Inspection by Immigration Officers of the United States, a misdemeanor offense, in violation of Title 8, United States Code, Section 1325, and Title 18, United States Code, Section 2. This plea will occur no later than the time set for detention hearing/preliminary hearing.

2. The government will dismiss Count 1 of the complaint, Transportation of Aliens for Profit, a felony, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). This charge, if proven, carries a maximum sentence of ten years

imprisonment, a fine of $250,000, three years supervised release, and a $100 special assessment. The government will dismiss this charge at the time of sentencing.

3. The maximum penalties for the offense to which I am pleading are six (6) months in custody, a $5,000 fine, and a $10 special assessment.

4. The government and the defendant agree and stipulate that in exchange for dismissal of the felony charge that the defendant will serve a consecutive sentence of on hundred twenty (120) days imprisonment in a United States Marshal service facility

5. The parties waive a Pre-Sentence Investigation Report and agree that sentencing will occur on the date of the change of plea.

6. Defendant waives: (1) any right to appeal the Court's entry of judgment against the defendant; (2) any right to appeal the imposition of sentence upon defendant under Title 18, United States Code, Section 3742 (sentence appeals); and (3) any right to collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack.

///

7. **Factual Basis for Plea**:

On or about June 14, 2009, at or near Green Valley, in the District of Arizona, I, **Miguel Cervantes-Calderon**, was driving a vehicle that contained five illegal aliens, including Alejandro Perez-Estrada and Eloy Perez-Estrada. I knew that the people I was transporting were illegally in the United States and that I was aiding and abetting their presence in the United States. I was transporting them in order to assist them in eluding examination and inspection by Immigration Officials of the United States.

Dated this __18__ day of June, 2009.

_____
Miguel Cervantes-Calderon
Defendant

_____
Defense Counsel

DIANE J. HUMETEWA
United States Attorney
District of Arizona

_____
Assistant U.S. Attorney